## WINANS v. MAYOR, ETC., OF JERSEY CITY.

*(Circuit Court, D. New Jersey.  December 12, 1883.)*

MUNICIPAL BONDS—BONA FIDE HOLDER—PURCHASER WITHOUT NOTICE OF DE-
FECT.
*Rouede* v. *Mayor, etc., of Jersey City, ante,* 719, followed.

In Case..
*Robert W. De Forest,* for plaintiff.
*Allan L. McDermott,* for defendant.
*B. Williamson* and *F. L. Hall,* of counsel, for plaintiff.

NIXON, J.  For the reasons assigned in the antecedent case of *Rouede*
v. *Mayor, etc., of Jersey City, ante,* 719, judgment must be entered in
the above case in favor of the plaintiff for the coupons, with interest
thereon at the rate allowed by the state of New York, where the
same was payable, which appears to be 7 per cent., from their ma-
turity to January 1, 1880, and at the rate of 6 per cent. since that
date.